[Nos. 5714–0–II; 6861–3–II. Division Two. April 10, 1984.]

*In the Matter of the Personal Restraint of*
FRED F. SNODGRASS.

THE STATE OF WASHINGTON, *Respondent,* v. FRED
F. SNODGRASS, *Appellant.*

Appeals from a judgment of the Superior Court for Lewis County, No. CR 78–5291, Dale M. Nordquist, J., entered June 17, 1981, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 6406–5–II. Division Two. April 10, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RAY
DALE SIMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82–1–00040–2, John W. Schumacher, J., entered May 28, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5313–0–III. Division Three. April 10, 1984.]

WESTERN WALLA WALLA COUNTY RESIDENTS' ASSOCIATION,
*Appellant,* v. WALLA WALLA COUNTY BOARD OF
COUNTY COMMISSIONERS, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 81–2–00204–9, Yancey Reser, J., entered June 28, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.